IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ILEANA OLIVER,<br><br>        Plaintiff<br><br>        v.<br><br>KMART CORP.,<br><br>        Defendant | CIVIL NO. 08-1660 (JP) |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF $63,000.00 payable as follows: (1) one check for $50,000.00; and (2) one card worth $13,000.00 in store credit at any Kmart or Sears store(s), which shall not expire on any date prior to Plaintiff's use of the entire value.** Both payments shall be delivered by Defendant to Plaintiff **on or before May 11, 2009.** This judgment will cover all claims asserted in the complaint and any and all damages arising from the events described therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of April, 2009.

                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Álvaro R. Calderón | s/Francisco Vizcarrondo-Torres |
| ÁLVARO R. CALDERÓN, ESQ. | FRANCISCO VIZCARRONDO-TORRES, ESQ. |